**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Joseph Bennett NEAL, Defendant–Appellant.**

**No. 00–7365.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 28, 2001.

Joseph Bennett Neal, pro se. Christine Witcover Dean, Assistant United States Attorney, Raleigh, NC, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Joseph Bennett Neal appeals the district court's order denying relief on his Motion for Reconsideration of Modification of Sentence pursuant to 18 U.S.C.A. § 3582(c) (West 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Neal*, No. CR–92–8–F (E.D.N.C. Sept. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*